No. 9782. STATE OF MONTANA ex el. CHARLES LAIRD, RELATOR AND RESPONDENT, v. CITY OF BUTTE, Montana, a municipal corporation, et al., RESPONDENTS AND APPELLANTS.

314 Pac. (2d) 740.

Decided September 3, 1957.

*Robert P. McGee, Thomas F. Joyce,* Butte, for appellant.

*James D. Freebourn, Maurice F. Hennessy, Robert J. Holland,* Butte, for respondent.

MR. CHIEF JUSTICE HARRISON:

On application of Thomas F. Joyce, Esq., and stipulation filed, it is ordered that the above-entitled appeal be dismissed with prejudice.